IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| ELIZABETH STEWART AND WILLIAM STEWART | * | CIVIL ACTION NO. 06-0033 |
| | * | JUDGE JAMES |
| VERSUS | | |
| | * | MAGISTRATE JUDGE HAYES |
| GENERAL INSURANCE COMPANY OF AMERICA | | |

## ORDER

Before the Court is a Motion to Compel Answers to Interrogatories and Requests for Production of Documents, and for Fees and Costs (Doc. No. 10) filed by Defendant, General Insurance Company of America. The motion is unopposed.

A review of the record shows that the parties have failed to file their Rule 26(f) report in compliance with this Court's order dated January 11, 2006. As no discovery may be sought prior to the Rule 26(f) meeting absent agreement of the parties or an order of this Court, *see* Fed. R. Civ. P. 26(d), the motion to compel discovery is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the parties file their completed Rule 26(f) report within 10 days of the date of this order or file a written statement setting out any reasons for their failure to comply with the Court's order.

THUS DONE AND SIGNED at Monroe, Louisiana, this 8th day of May, 2006.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE